T
Trenton R. Kashima, Esq. (SBN 291405)
tkashima@sommerspc.com
Kevin J. Stoops, Esq. (*pro hac vice forthcoming*)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Jesse L. Young (*pro hac vice forthcoming*)
jyoung@kehb.com
KREIS ENDERLE, P.C.
8225 Moorsbridge
P.O. Box 4010
Kalamazoo, Michigan 49003-4010
Telephone: (269) 324-3000
Facsimile: (269) 324-3010

*Counsel for Plaintiffs and Proposed Class and Collective Members*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**EUREKA DIVISION**

| | |
|---|---|
| **CASEY DENNING** and **NATALIA COLE**, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>**LOUD BUDDHA, LLC**, **PURA CALI MANAGEMENT CORP.**, and **DOES 1-50**, jointly and severally, as<br><br>            Defendants. | Case No.: 3:19-cv-07665<br>Hon.<br><br>**FIRST NOTICE OF FILING CONSENTS TO JOIN COLLECTIVE ACTION** |

NOW COME Plaintiffs, by and through the undersigned counsel, and hereby notifies the Court of the filing of the Consents to Join Collective Action attached hereto as an Exhibit

Dated:  November 21, 2019

Respectfully submitted,

By:  */s/ Trenton R. Kashima*

Trenton R. Kashima (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Kevin J. Stoops (*pro hac vice forthcoming*)
kstoops@sommerspc.com
CHARLES R. ASH III (*pro hac vice forthcoming*)
crash@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300
Facsimile: (248) 436-8453

Jesse L. Young (*pro hac vice forthcoming*)
jyoung@kehb.com
KREIS ENDERLE, P.C.
8225 Moorsbridge
P.O. Box 4010
Kalamazoo, Michigan 49003-4010
Telephone: (269) 324-3000
Facsimile: (269) 324-3010

*Counsel for Plaintiffs and Proposed Class and Collective Members*