1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CASEY DENNING**, *et al.*,

       Plaintiffs,

v.

**LOUD BUDDHA, LLC**, *et al.*,

       Defendants.

**CONSENT TO JOIN FORM**

## Consent to Join Form

1. I work or worked for Loud Buddha, LLC as an hourly employee and worked uncompensated overtime.

2. I choose to participate in the lawsuit titled *Denning v. Loud Buddha, LLC.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

3. I choose to be represented in this action by the named plaintiff(s) and Kreis Enderle, P.C. and Sommers Schwartz, P.C. (collectively, "Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by the Court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Allen Barbero

Signature: *Allen Barbero*

Date: 11-13-2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**CASEY DENNING**, *et al*.,

    Plaintiffs,

v.

**LOUD BUDDHA, LLC**, *et al*.,

    Defendants.

**CONSENT TO JOIN FORM**

## Consent to Join Form

1. I work or worked for Loud Buddha, LLC as an hourly employee and worked uncompensated overtime.

2. I choose to participate in the lawsuit titled *Denning v. Loud Buddha, LLC.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

3. I choose to be represented in this action by the named plaintiff(s) and Kreis Enderle, P.C. and Sommers Schwartz, P.C. (collectively, "Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by the Court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Alexander George Calvin Booth

Signature: *[signature]*

Date: 09-30-2019

1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**CASEY DENNING**, *et al*.,

      Plaintiffs,

v.

**LOUD BUDDHA, LLC**, *et al*.,

      Defendants.

**CONSENT TO JOIN FORM**

## Consent to Join Form

1.    I work or worked for Loud Buddha, LLC as an hourly employee and worked uncompensated overtime.

2.    I choose to participate in the lawsuit titled *Denning v. Loud Buddha, LLC.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

3.    I choose to be represented in this action by the named plaintiff(s) and Kreis Enderle, P.C. and Sommers Schwartz, P.C. (collectively, "Plaintiffs' Counsel").  I agree to be bound by their decisions in the litigation and by any adjudication of this action by the Court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Eamon Alger-Brinson

Signature: *[signed] Eamon Alger-Brinson*

Date: 11-12-2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CASEY DENNING**, *et al.*,

      Plaintiffs,

v.

**LOUD BUDDHA, LLC**, *et al.*,

      Defendants.

**CONSENT TO JOIN FORM**

**Consent to Join Form**

1. I work or worked for Loud Buddha, LLC as an hourly employee and worked uncompensated overtime.

2. I choose to participate in the lawsuit titled *Denning v. Loud Buddha, LLC.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

3. I choose to be represented in this action by the named plaintiff(s) and Kreis Enderle, P.C. and Sommers Schwartz, P.C. (collectively, "Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by the Court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Natali Cole

Signature: */s/ Natali Cole/*

Date: 11-20-2019

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY DENNING**, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>**LOUD BUDDHA, LLC**, *et al.*,<br><br>　　　　Defendants. | **CONSENT TO JOIN FORM** |

### Consent to Join Form

1. I work or worked for Loud Buddha, LLC as an hourly employee and worked uncompensated overtime.

2. I choose to participate in the lawsuit titled *Denning v. Loud Buddha, LLC.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

3. I choose to be represented in this action by the named plaintiff(s) and Kreis Enderle, P.C. and Sommers Schwartz, P.C. (collectively, "Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by the Court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Jahnsa Cowan

Signature: *[signature]*

Date: 11-19-2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASEY DENNING**, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> **LOUD BUDDHA, LLC**, *et al.*, <br><br> Defendants. | **CONSENT TO JOIN FORM** |

### Consent to Join Form

1. I work or worked for Loud Buddha, LLC as an hourly employee and worked uncompensated overtime.

2. I choose to participate in the lawsuit titled *Denning v. Loud Buddha, LLC.*, to recover unpaid overtime wages under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), and other relief under state and federal law.

3. I choose to be represented in this action by the named plaintiff(s) and Kreis Enderle, P.C. and Sommers Schwartz, P.C. (collectively, "Plaintiffs' Counsel"). I agree to be bound by their decisions in the litigation and by any adjudication of this action by the Court, whether it is favorable or unfavorable. I understand that reasonable costs expended by Plaintiffs' Counsel on my behalf will be deducted from any settlement or judgment amount on a pro-rata basis among all other plaintiffs. I understand that Plaintiffs' Counsel will petition the Court to award them attorneys' fees from any settlement or judgment.

Print Name: Casey Denning

Signature: *Casey Denning*

Date: 11-13-2019

1