CHRISTOPHER E. PANETTA, Esq.(SBN 175127)
ELIZABETH R. LEITZINGER, Esq. (SBN 259677)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California  93942-0791
Telephone:     (831) 373-1241
Facsimile:     (831) 373-7219
Email:  CPanetta@FentonKeller.com
Email:  ELeitzinger@FentonKeller.com

Attorneys for Defendant
LOUD BUDDHA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY DENNING and NATALIA COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOUD BUDDHA, LLC, PURA CALI MANAGEMENT CORP., and DOES 1-50,<br><br>Defendants. | CASE NO.: 19-cv-07665-RS<br><br>**DEFENDANT LOUD BUDDHA, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>Date of Filing:   November 21, 2019<br><br>Trial Date:   None Set |

This Corporate Disclosure Statement is filed on behalf of Defendant LOUD BUDDHA, LLC in compliance with the provisions of:

X_    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% of more of its stock or states that there is no such corporation.

___    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

{ERL-00959106;1}

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

DEFENDANT LOUD BUDDHA, LLC'S CORPORATE DISCLOSURE STATEMENT
CASE NO.:  19-cv-07665-RS

1  ___ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if any organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

X_  No such corporation or publicly held corporation.

___ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

___ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

___ Other

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Respectfully submitted this seventh day of February, 2020.

Dated:  February 7, 2020                    FENTON & KELLER, P.C.


By:   _____/s/_____
      Christopher E. Panetta
      Elizabeth R. Leitzinger
      Attorneys for Defendant LOUD BUDDHA

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{ERL-00959106;1}                         - 2 -
DEFENDANT LOUD BUDDHA, LLC'S CORPORATE DISCLOSURE STATEMENT
CASE NO.:  19-cv-07665-RS

1

## **CERTIFICATE OF SERVICE**

2     I hereby certify that on February 7, 2020, a copy of the foregoing document was filed
3 electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system,
4 which will send an electronic copy of this filing to all counsel of record.

5                                                        */s/ Elizabeth R. Leitzinger*
                                                         Elizabeth R. Leitzinger
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Fenton & Keller
Attorneys At Law
Monterey

{ERL-00959106;1}  - 3 -
DEFENDANT LOUD BUDDHA, LLC'S CORPORATE DISCLOSURE STATEMENT
CASE NO.: 19-cv-07665-RS