UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY DENNING, et al., <br>     Plaintiffs, <br> v. <br> LOUD BUDDHA, LLC, et al., <br>     Defendants. | Case No. 19-cv-07665-RS <br><br> **ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |

On February 7, 2020, defendants filed a motion to dismiss the complaint in this action. Instead of responding to the motion, plaintiffs elected to file a notice that they will be amending their complaint. The motion to dismiss is therefore denied without prejudice, and the hearing set for March 19, 2020 is vacated. Plaintiffs are reminded that any amended complaint must be filed in accordance with the timeline set forth by Fed. R. Civ. P. 15. Should defendants seek to dismiss plaintiffs' amended complaint, they should file a new motion to dismiss.

**IT IS SO ORDERED**.

Dated: February 21, 2020

RICHARD SEEBORG
United States District Judge