1  CHRISTOPHER E. PANETTA, Esq.(SBN 175127)
   ELIZABETH R. LEITZINGER, Esq. (SBN 259677)
2  FENTON & KELLER
   A Professional Corporation
3  2801 Monterey-Salinas Highway
   Post Office Box 791
4  Monterey, California  93942-0791
   Telephone:     (831) 373-1241
5  Facsimile:     (831) 373-7219
   Email:  CPanetta@FentonKeller.com
6  Email:  ELeitzinger@FentonKeller.com

7  Attorneys for Defendant
   LOUD BUDDHA, LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   CASEY DENNING and NATALIA          CASE NO.:  19-cv-07665-RS
12 COLE, individually and on behalf of all
   others similarly situated,          DEFENDANT LOUD BUDDHA, LLC'S
13                                      ANSWER TO PLAINTIFFS'
                     Plaintiffs,        COLLECTIVE ACTION/ CLASS ACTION
14                                      FIRST AMENDED COMPLAINT AND
           v.                           JURY DEMAND
15
   LOUD BUDDHA, LLC, PURA CALI
16 MANAGEMENT CORP., and DOES 1-
   50,                                  Date of Filing:    November 21, 2019
17
                     Defendants.        Trial Date:        None Set
18

19

20         Defendant LOUD BUDDHA, LLC ("Defendant"), in answer to the First Amended

21 Complaint ("FAC") of CASEY DENNING and NATALIA COLE, individually and on behalf of

22 all others similarly situated, (collectively "Plaintiffs") hereby admits, denies, and alleges as

23 follows:

24                        **PARTIES AND JURISDICTION**

25         1.      As Paragraph 1 does not contain charging allegations, Defendant neither admits

26 nor denies the truth of the allegations contained therein.  To the extent that any allegation in

27 Paragraph 1 is intended to assert facts, Defendant denies said allegations.

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

2.      Paragraph 2 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 2 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 2 and on that basis denies said allegations.

3.      Paragraph 3 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 3 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 3 and on that basis denies said allegations.

4.      Paragraph 4 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 4 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 4 and on that basis denies said allegations.

5.      Paragraph 5 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 5 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 5 and on that basis denies said allegations.

## **PARTIES**

6.      Answering Paragraph 6 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 6 and on that basis denies said allegations.

7.      Answering Paragraph 7 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 7 and on that basis denies said allegations.

8.      Answering Paragraph 8 of Plaintiffs' FAC, Defendant admits the allegations contained in Paragraph 8.

9.      Answering Paragraph 9 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 9 and on that basis denies said allegations.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                    - 2 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

10.     Answering Paragraph 10 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 10 and on that basis denies said allegations.

11.     Answering Paragraph 11 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 11 and on that basis denies said allegations.

12.     Answering Paragraph 12 of Plaintiffs' FAC, Defendant admits the allegations contained in Paragraph 12.

13.     Answering Paragraph 13 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 13 and on that basis denies said allegations.

14.     Answering Paragraph 14 of Plaintiffs' FAC, Defendant admits Loud Buddha provides trimming services to cannabis farms.  Answering further, the allegation that Defendant "contracts" with cannabis farms constitutes a legal conclusion to which no responsive pleading is required, and is therefore denied.  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 14 and on that basis denies said allegations.

15.     Answering Paragraph 15 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 15 and on that basis denies said allegations.

16.     Answering Paragraph 16 of Plaintiffs' FAC, Defendant admits Loud Buddha provided trimming services on Pura Cali's marijuana farm in Lake County, California.  Answering further, the allegation that Defendant "contracts" with Puri Cali constitutes a legal conclusion to which no responsive pleading is required, and is therefore denied.  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 16 and on that basis denies said allegations.

17.     Answering Paragraph 17, Defendant admits Defend is registered with the California Secretary of State, file number 201806510208.  Answering further, Defendant lacks

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                   - 3 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    sufficient knowledge or information to form a belief to admit or deny the remaining allegations of

2    Paragraph 17, if any, and on that basis denies said allegations.

3            18.     Answering Paragraph 18 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

4    or information to form a belief to admit or deny the allegations of Paragraph 18 and on that basis

5    denies said allegations.

6            19.     Answering Paragraph 19 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

7    or information to form a belief to admit or deny the allegations of Paragraph 19 and on that basis

8    denies said allegations.

9            20.     As Paragraph 20 does not contain charging allegations, Defendant neither admits

10   nor denies the truth of the allegations contained therein.   To the extent that any allegation in

11   Paragraph 20 is intended to assert facts, Defendant denies said allegations.

12           21.     Answering Paragraph 21 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

13   or information to form a belief to admit or deny the allegations of Paragraph 21 and on that basis

14   denies said allegations.

15                                    **GENERAL ALLEGATIONS**

16           22.     Answering Paragraph 22 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

17   or information to form a belief to admit or deny the allegations of Paragraph 23 and on that basis

18   denies said allegations.

19           23.     Answering Paragraph 23 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

20   or information to form a belief to admit or deny the allegations of Paragraph 24 and on that basis

21   denies said allegations.

22           24.     Answering Paragraph 24 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

23   or information to form a belief to admit or deny the allegations of Paragraph 24 and on that basis

24   denies said allegations.

25           25.     Answering Paragraph 25 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

26   or information to form a belief to admit or deny the allegations of Paragraph 25 and on that basis

27   denies said allegations.

28           26.     Answering Paragraph 26 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                          - 4 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

or information to form a belief to admit or deny the allegations of Paragraph 26 and on that basis denies said allegations.

27.     Answering Paragraph 27 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 27 and on that basis denies said allegations.

28.     Answering Paragraph 28 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 28 and on that basis denies said allegations.

29.     Answering Paragraph 29 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 29 and on that basis denies said allegations.

30.     Answering Paragraph 30 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 30 and on that basis denies said allegations.

31.     Answering Paragraph 31 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 31 and on that basis denies said allegations.

32.     Answering Paragraph 32 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 32 and on that basis denies said allegations.

33.     Answering Paragraph 33 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 33 and on that basis denies said allegations.

34.     Answering Paragraph 34 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 34 and on that basis denies said allegations.

35.     Answering Paragraph 35 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 35 and on that basis

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 5 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    denies said allegations.

2        36.    Answering Paragraph 36 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

3    or information to form a belief to admit or deny the allegations of Paragraph 36 and on that basis

4    denies said allegations.

5        37.    Answering Paragraph 37 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

6    or information to form a belief to admit or deny the allegations of Paragraph 37 and on that basis

7    denies said allegations.

8        38.    Answering Paragraph 38 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

9    or information to form a belief to admit or deny the allegations of Paragraph 38 and on that basis

10   denies said allegations.

11       39.    Answering Paragraph 39 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

12   or information to form a belief to admit or deny the allegations of Paragraph 39 and on that basis

13   denies said allegations.

14       40.    Answering Paragraph 40 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

15   or information to form a belief to admit or deny the allegations of Paragraph 40 and on that basis

16   denies said allegations.

17       41.    Answering Paragraph 41 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

18   or information to form a belief to admit or deny the allegations of Paragraph 41 and on that basis

19   denies said allegations.

20       42.    Answering Paragraph 42 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

21   or information to form a belief to admit or deny the allegations of Paragraph 42 and on that basis

22   denies said allegations.

23       43.    Answering Paragraph 43 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

24   or information to form a belief to admit or deny the allegations of Paragraph 43 and on that basis

25   denies said allegations.

26       44.    As Paragraph 44 constitutes legal argument or contains legal conclusions, no

27   response is required or appropriate.  To the extent that any allegation in Paragraph 44 is intended

28   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 44.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                          - 6 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

2    or deny the remaining allegations, if any, of Paragraph 44 and on that basis denies said allegations.

3        45.    Paragraph 45 of the FAC contains legal conclusions to which no response is

4    required.  Answering Paragraph 45 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

5    information to form a belief to admit or deny the allegations of Paragraph 45 and on that basis

6    denies said allegations.

7        46.    Paragraph 46 of the FAC contains legal conclusions to which no response is

8    required.  Answering Paragraph 46 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

9    information to form a belief to admit or deny the allegations of Paragraph 46 and on that basis

10   denies said allegations.

11       47.    Answering Paragraph 47 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

12   or information to form a belief to admit or deny the allegations of Paragraph 47 and on that basis

13   denies said allegations.

14       48.    Answering Paragraph 48 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

15   or information to form a belief to admit or deny the allegations of Paragraph 48 and on that basis

16   denies said allegations.

17       49.    Answering Paragraph 49 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

18   or information to form a belief to admit or deny the allegations of Paragraph 49 and on that basis

19   denies said allegations.

20       50.    Answering Paragraph 50 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

21   or information to form a belief to admit or deny the allegations of Paragraph 50 and on that basis

22   denies said allegations.

23       51.    As Paragraph 51 constitutes legal argument or contains legal conclusions, no

24   response is required or appropriate.  To the extent that any allegation in Paragraph 51 is intended

25   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 51.

26   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

27   or deny the remaining allegations, if any, of Paragraph 51 and on that basis denies said allegations.

28       52.    Answering Paragraph 52 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

Fenton & Keller
Attorneys At Law
Monterey
{BJL-00969132;1}                                    - 7 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    or information to form a belief to admit or deny the allegations of Paragraph 52 and on that basis

2    denies said allegations.

3         53.    As Paragraph 53 constitutes legal argument or contains legal conclusions, no

4    response is required or appropriate.  To the extent that any allegation in Paragraph 53 is intended

5    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 53.

6    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

7    or deny the remaining allegations, if any, of Paragraph 53 and on that basis denies said allegations.

8         54.    Answering Paragraph 54 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

9    or information to form a belief to admit or deny the allegations of Paragraph 54 and on that basis

10   denies said allegations.

11        55.    Answering Paragraph 55 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

12   or information to form a belief to admit or deny the allegations of Paragraph 55 and on that basis

13   denies said allegations.

14        56.    Answering Paragraph 56 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

15   or information to form a belief to admit or deny the allegations of Paragraph 56 and on that basis

16   denies said allegations.

17        57.    Answering Paragraph 57 of Plaintiffs' FAC, Defendant lacks sufficient knowledge

18   or information to form a belief to admit or deny the allegations of Paragraph 57 and on that basis

19   denies said allegations.

20        58.    As Paragraph 58 constitutes legal argument or contains legal conclusions, no

21   response is required or appropriate.  To the extent that any allegation in Paragraph 58 is intended

22   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 58.

23   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

24   or deny the remaining allegations, if any, of Paragraph 58 and on that basis denies said allegations.

25        59.    As Paragraph 59 constitutes legal argument or contains legal conclusions, no

26   response is required or appropriate.  To the extent that any allegation in Paragraph 59 is intended

27   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 59.

28   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 8 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    or deny the remaining allegations, if any, of Paragraph 59 and on that basis denies said allegations.

2        60.    As Paragraph 60 constitutes legal argument or contains legal conclusions, no

3    response is required or appropriate.  To the extent that any allegation in Paragraph 60 is intended

4    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 60.

5    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

6    or deny the remaining allegations, if any, of Paragraph 60 and on that basis denies said allegations.

7        61.    As Paragraph 61 constitutes legal argument or contains legal conclusions, no

8    response is required or appropriate.  To the extent that any allegation in Paragraph 61 is intended

9    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 61.

10   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

11   or deny the remaining allegations, if any, of Paragraph 61 and on that basis denies said allegations.

12       62.    As Paragraph 62 constitutes legal argument or contains legal conclusions, no

13   response is required or appropriate.  To the extent that any allegation in Paragraph 62 is intended

14   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 62.

15   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

16   or deny the remaining allegations, if any, of Paragraph 58 and on that basis denies said allegations.

17                    **JOINT EMPLOYER ALLEGATIONS**

18       63.    Paragraph 63 of the FAC contains legal conclusions to which no response is

19   required.  Answering Paragraph 63 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

20   information to form a belief to admit or deny the allegations of Paragraph 63 and on that basis

21   denies said allegations.

22       64.    Paragraph 64 of the FAC contains legal conclusions to which no response is

23   required.  Answering Paragraph 64 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

24   information to form a belief to admit or deny the allegations of Paragraph 64 and on that basis

25   denies said allegations.

26       65.    Paragraph 65 of the FAC contains legal conclusions to which no response is

27   required.  Answering Paragraph 65 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

28   information to form a belief to admit or deny the allegations of Paragraph 65 and on that basis

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                    - 9 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1  denies said allegations.

2      66.    Paragraph 66 of the FAC contains legal conclusions to which no response is

3  required.  Answering Paragraph 66 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

4  information to form a belief to admit or deny the allegations of Paragraph 66 and on that basis

5  denies said allegations.

6      67.    Paragraph 67 of the FAC contains legal conclusions to which no response is

7  required.  Answering Paragraph 67 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

8  information to form a belief to admit or deny the allegations of Paragraph 67 and on that basis

9  denies said allegations.

10     68.    Paragraph 68 of the FAC contains legal conclusions to which no response is

11 required.  Answering Paragraph 68 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

12 information to form a belief to admit or deny the allegations of Paragraph 68 and on that basis

13 denies said allegations.

14     69.    Paragraph 69 of the FAC contains legal conclusions to which no response is

15 required.  Answering Paragraph 69 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

16 information to form a belief to admit or deny the allegations of Paragraph 69 and on that basis

17 denies said allegations.

18     70.    Paragraph 70 of the FAC contains legal conclusions to which no response is

19 required.  Answering Paragraph 70 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

20 information to form a belief to admit or deny the allegations of Paragraph 70 and on that basis

21 denies said allegations.

22     71.    Answering Paragraph 71 of Plaintiffs' FAC, Defendant admits Loud Buddha

23 provides trimming services on Pura Cali's farm in Lake County, California.  Answering further,

24 the allegation that Defendant "contracts" with Puri Cali constitutes a legal conclusion to which no

25 responsive pleading is required, and is therefore denied.  Answering further, Defendant lacks

26 sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph

27 71 and on that basis denies said allegations.

28     72.    As Paragraph 72 constitutes legal argument or contains legal conclusions, no

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 10 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1   response is required or appropriate.  To the extent that any allegation in Paragraph 72 is intended

2   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 72.

3   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

4   or deny the remaining allegations, if any, of Paragraph 68 and on that basis denies said allegations.

5          73.    As Paragraph 73 constitutes legal argument or contains legal conclusions, no

6   response is required or appropriate.  To the extent that any allegation in Paragraph 73 is intended

7   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 73.

8   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

9   or deny the remaining allegations, if any, of Paragraph 73 and on that basis denies said allegations.

10         74.    Paragraph 74 of the FAC contains legal conclusions to which no response is

11  required.  Answering Paragraph 74 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

12  information to form a belief to admit or deny the allegations of Paragraph 74 and on that basis

13  denies said allegations.

14         75.    Paragraph 75 of the FAC contains legal conclusions to which no response is

15  required.  Answering Paragraph 75 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

16  information to form a belief to admit or deny the allegations of Paragraph 75 and on that basis

17  denies said allegations.

18         76.    Paragraph 76 of the FAC contains legal conclusions to which no response is

19  required.  Answering Paragraph 76 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

20  information to form a belief to admit or deny the allegations of Paragraph 76 and on that basis

21  denies said allegations.

22         77.    Paragraph 77 of the FAC contains legal conclusions to which no response is

23  required.  Answering Paragraph 77 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

24  information to form a belief to admit or deny the allegations of Paragraph 77 and on that basis

25  denies said allegations.

26         78.    Paragraph 78 of the FAC contains legal conclusions to which no response is

27  required.  Answering Paragraph 78 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

28  information to form a belief to admit or deny the allegations of Paragraph 78 and on that basis

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                    - 11 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

denies said allegations.

79.     Paragraph 79 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 79 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 79 and on that basis denies said allegations.

80.     Paragraph 80 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 80 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 80 and on that basis denies said allegations.

81.     Paragraph 81 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 81 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 81 and on that basis denies said allegations.

82.     Paragraph 82 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 82 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 82 and on that basis denies said allegations.

83.     Paragraph 83 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 83 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 83 and on that basis denies said allegations.

84.     Paragraph 84 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 84 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 84 and on that basis denies said allegations.

85.     Paragraph 85 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 85 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 85 and on that basis

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY
{BJL-00969132;1}                    - 12 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    denies said allegations.

2        86.    Paragraph 86 of the FAC contains legal conclusions to which no response is

3    required.  Answering Paragraph 86 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

4    information to form a belief to admit or deny the allegations of Paragraph 86 and on that basis

5    denies said allegations.

6        87.    Paragraph 87 of the FAC contains legal conclusions to which no response is

7    required.  Answering Paragraph 87 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

8    information to form a belief to admit or deny the allegations of Paragraph 87 and on that basis

9    denies said allegations.

10       88.    Paragraph 88 of the FAC contains legal conclusions to which no response is

11   required.  Answering Paragraph 88 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

12   information to form a belief to admit or deny the allegations of Paragraph 88 and on that basis

13   denies said allegations.

14                    **FLSA COLLECTIVE ACTION ALLEGATIONS**

15       89.    Paragraph 89 of the FAC contains legal conclusions to which no response is

16   required.  Answering Paragraph 89 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

17   information to form a belief to admit or deny the allegations of Paragraph 89 and on that basis

18   denies said allegations.

19       90.    Paragraph 90 of the FAC contains legal conclusions to which no response is

20   required.  Answering Paragraph 90 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

21   information to form a belief to admit or deny the allegations of Paragraph 90 and on that basis

22   denies said allegations.

23       91.    Paragraph 91 of the FAC contains legal conclusions to which no response is

24   required.  Answering Paragraph 91 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

25   information to form a belief to admit or deny the allegations of Paragraph 91 and on that basis

26   denies said allegations.

27       92.    Paragraph 92 of the FAC contains legal conclusions to which no response is

28   required.  Answering Paragraph 92 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                   - 13 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    information to form a belief to admit or deny the allegations of Paragraph 92 and on that basis

2    denies said allegations.

3        93.    Paragraph 93 of the FAC contains legal conclusions to which no response is

4    required.  Answering Paragraph 93 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

5    information to form a belief to admit or deny the allegations of Paragraph 93 and on that basis

6    denies said allegations.

7        94.    Paragraph 94 of the FAC contains legal conclusions to which no response is

8    required.  Answering Paragraph 94 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

9    information to form a belief to admit or deny the allegations of Paragraph 94 and on that basis

10   denies said allegations.

11       95.    Paragraph 95 of the FAC contains legal conclusions to which no response is

12   required.  Answering Paragraph 95 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

13   information to form a belief to admit or deny the allegations of Paragraph 95 and on that basis

14   denies said allegations.

15       96.    Paragraph 96 of the FAC contains legal conclusions to which no response is

16   required.  Answering Paragraph 96 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

17   information to form a belief to admit or deny the allegations of Paragraph 96 and on that basis

18   denies said allegations.

19       97.    Paragraph 97 of the FAC contains legal conclusions to which no response is

20   required.  Answering Paragraph 97 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

21   information to form a belief to admit or deny the allegations of Paragraph 97 and on that basis

22   denies said allegations.

23       98.    Paragraph 98 of the FAC contains legal conclusions to which no response is

24   required.  Answering Paragraph 98 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

25   information to form a belief to admit or deny the allegations of Paragraph 98 and on that basis

26   denies said allegations.

27       99.    Paragraph 99 of the FAC contains legal conclusions to which no response is

28   required.  Answering Paragraph 99 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                   - 14 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    information to form a belief to admit or deny the allegations of Paragraph 99 and on that basis

2    denies said allegations.

3        100.    Paragraph 100 of the FAC contains legal conclusions to which no response is

4    required.  Answering Paragraph 100 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

5    information to form a belief to admit or deny the allegations of Paragraph 100 and on that basis

6    denies said allegations.

7        101.    Paragraph 101 of the FAC contains legal conclusions to which no response is

8    required.  Answering Paragraph 101 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

9    information to form a belief to admit or deny the allegations of Paragraph 101 and on that basis

10   denies said allegations.

11       102.    Paragraph 102 of the FAC contains legal conclusions to which no response is

12   required.  Answering Paragraph 102 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

13   information to form a belief to admit or deny the allegations of Paragraph 102 and on that basis

14   denies said allegations.

15       103.    Paragraph 103 of the FAC contains legal conclusions to which no response is

16   required.  Answering Paragraph 103 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

17   information to form a belief to admit or deny the allegations of Paragraph 103 and on that basis

18   denies said allegations.

19                     **RULE 23 CLASS ACTION ALLEGATIONS**

20       104.    Paragraph 104 of the FAC contains legal conclusions to which no response is

21   required.  Answering Paragraph 104 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

22   information to form a belief to admit or deny the allegations of Paragraph 104 and on that basis

23   denies said allegations.

24       105.    Paragraph 105 of the FAC contains legal conclusions to which no response is

25   required.  Answering Paragraph 105 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

26   information to form a belief to admit or deny the allegations of Paragraph 105 and on that basis

27   denies said allegations.

28       106.    Paragraph 106 of the FAC contains legal conclusions to which no response is

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                - 15 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1  required.  Answering Paragraph 106 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

2  information to form a belief to admit or deny the allegations of Paragraph 106 and on that basis

3  denies said allegations.

4        107.    Paragraph 107 of the FAC contains legal conclusions to which no response is

5  required.  Answering Paragraph 107 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

6  information to form a belief to admit or deny the allegations of Paragraph 107 and on that basis

7  denies said allegations.

8        108.    Paragraph 108 of the FAC contains legal conclusions to which no response is

9  required.  Answering Paragraph 108 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

10  information to form a belief to admit or deny the allegations of Paragraph 108 and on that basis

11  denies said allegations.

12        109.    Paragraph 109 of the FAC contains legal conclusions to which no response is

13  required.  Answering Paragraph 109 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

14  information to form a belief to admit or deny the allegations of Paragraph 109 and on that basis

15  denies said allegations.

16        110.    Paragraph 110 of the FAC contains legal conclusions to which no response is

17  required.  Answering Paragraph 110 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

18  information to form a belief to admit or deny the allegations of Paragraph 110 and on that basis

19  denies said allegations.

20        111.    Paragraph 111 of the FAC contains legal conclusions to which no response is

21  required.  Answering Paragraph 111 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

22  information to form a belief to admit or deny the allegations of Paragraph 111 and on that basis

23  denies said allegations.

24        112.    Paragraph 112 of the FAC contains legal conclusions to which no response is

25  required.  Answering Paragraph 112 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

26  information to form a belief to admit or deny the allegations of Paragraph 112 and on that basis

27  denies said allegations.

28        113.    Paragraph 113 of the FAC contains legal conclusions to which no response is

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                      - 16 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

required.  Answering Paragraph 113 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 113 and on that basis denies said allegations.

<div align="center">

**COUNT I**
**VIOLATION OF FLSA, 29 U.S.C. § 201, *et seq*.**
**FAILURE TO PAY OVERTIME WAGES**

</div>

114.    Answering Paragraph 114 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

115.    As Paragraph 115 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 115 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 115. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 115 and on that basis denies said allegations.

116.    As Paragraph 116 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 116 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 116. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 116 and on that basis denies said allegations.

117.    As Paragraph 117 constitutes legal argument or contains legal conclusions, no response is required or appropriate. To the extent that any allegation in Paragraph 117 is intended to assert facts, Defendant denies said allegations.

118.    As Paragraph 118 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 118 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 118. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 118 and on that basis denies said

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                    - 17 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1   allegations.

2       119.   As Paragraph 119 constitutes legal argument or contains legal conclusions, no

3   response is required or appropriate. To the extent that any allegation in Paragraph 118 is intended

4   to assert facts, Defendant denies said allegations.

5       120.   As Paragraph 120 constitutes legal argument or contains legal conclusions, no

6   response is required or appropriate.  To the extent that any allegation in Paragraph 120 is intended

7   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 120.

8   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

9   or deny the remaining allegations, if any, of Paragraph 120 and on that basis denies said

10  allegations.

11      121.   As Paragraph 121 constitutes legal argument or contains legal conclusions, no

12  response is required or appropriate. To the extent that any allegation in Paragraph 121 is intended

13  to assert facts, Defendant denies said allegations.

14      122.   As Paragraph 122 constitutes legal argument or contains legal conclusions, no

15  response is required or appropriate.  To the extent that any allegation in Paragraph 122 is intended

16  to assert facts, Defendant denies said allegations.

17      123.   As Paragraph 123 constitutes legal argument or contains legal conclusions, no

18  response is required or appropriate.  To the extent that any allegation in Paragraph 123 is intended

19  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 123.

20  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

21  or deny the remaining allegations, if any, of Paragraph 123 and on that basis denies said

22  allegations.

23      124.   Paragraph 124 of the FAC contains legal conclusions to which no response is

24  required.  Answering Paragraph 124 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or

25  information to form a belief to admit or deny the allegations of Paragraph 124 and on that basis

26  denies said allegations.

27  / / /

28  / / /

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                          - 18 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT II**
**VIOLATION OF CALIFORNIA LABOR CODE §§ 510, 1194, 1198**
**AND IWC WAGE ORDER 4 – FAILURE TO PAY OVERTIME**
**(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura**
**Cali for the Pura Cali Sub-Class)**

125.    Answering Paragraph 125 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

126.    As Paragraph 126 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 126 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 126. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 126 and on that basis denies said allegations.

127.    As Paragraph 127 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 127 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 127. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 127 and on that basis denies said allegations.

128.    As Paragraph 128 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 128 is intended to assert facts, Defendant denies said allegations.

129.    Paragraph 129 of the FAC contains legal conclusions to which no response is required.  Answering Paragraph 129 of Plaintiffs' FAC, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the allegations of Paragraph 129 and on that basis denies said allegations.

130.    As Paragraph 130 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 130 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 130.

FENTON & KELLER
ATTORNEYS AT LAW
Monterey

{BJL-00969132;1}                                      - 19 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

2    or deny the remaining allegations, if any, of Paragraph 130 and on that basis denies said

3    allegations.

4        131.    As Paragraph 131 constitutes legal argument or contains legal conclusions, no

5    response is required or appropriate.  To the extent that any allegation in Paragraph 131 is intended

6    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 131.

7    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

8    or deny the remaining allegations, if any, of Paragraph 131 and on that basis denies said

9    allegations.

10       132.    As Paragraph 132 constitutes legal argument or contains legal conclusions, no

11   response is required or appropriate.  To the extent that any allegation in Paragraph 132 is intended

12   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 132.

13   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

14   or deny the remaining allegations, if any, of Paragraph 132 and on that basis denies said

15   allegations.

16       133.    As Paragraph 133 constitutes legal argument or contains legal conclusions, no

17   response is required or appropriate.  To the extent that any allegation in Paragraph 133 is intended

18   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 133.

19   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

20   or deny the remaining allegations, if any, of Paragraph 133 and on that basis denies said

21   allegations.

22                                **COUNT III**
                **VIOLATION OF CALIFORNIA LABOR CODE §§ 204, 1194, 1197**
23              **AND IWC WAGE ORDER 4 – FAILURE TO PAY OVERTIME**
         **(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura**
24                      **Cali for the Pura Cali Sub-Class)**

25       134.    Answering Paragraph 134 of Plaintiffs' FAC, Defendant incorporates all preceding

26   paragraphs as if fully restated herein.

27       135.    As Paragraph 135 constitutes legal argument or contains legal conclusions, no

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                        - 20 -
                DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
                COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

response is required or appropriate.  To the extent that any allegation in Paragraph 135 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 135. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 135 and on that basis denies said allegations.

136.   As Paragraph 136 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 136 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 136. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 136 and on that basis denies said allegations.

137.   As Paragraph 137 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 137 is intended to assert facts, Defendant denies said allegations.

138.   As Paragraph 138 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 138 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 138. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 138 and on that basis denies said allegations.

139.   As Paragraph 139 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 139 is intended to assert facts, Defendant denies said allegations.

140.   As Paragraph 140 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 140 is intended to assert facts, Defendant denies said allegations.

141.   As Paragraph 141 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 141 is intended

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 21 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

to assert facts, Defendant denies said allegations.

142.   As Paragraph 142 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 142 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 142. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 142 and on that basis denies said allegations.

143.   As Paragraph 143 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 143 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 143. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 143 and on that basis denies said allegations.

144.   As Paragraph 144 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 144 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 144. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 144 and on that basis denies said allegations.

145.   As Paragraph 145 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 145 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 145. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 145 and on that basis denies said allegations.

146.   As Paragraph 146 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 146 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 146.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY
{BJL-00969132;1}
- 22 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 146 and on that basis denies said allegations.

147.    As Paragraph 147 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 147 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 147. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 147 and on that basis denies said allegations.

148.    As Paragraph 148 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 148 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 148. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 148 and on that basis denies said allegations.

149.    As Paragraph 149 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 149 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 149. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 149 and on that basis denies said allegations.

## COUNT IV
## VIOLATION OF CALIFORNIA LABOR CODE §§ 221 and 223
## UNLAWFUL DEDUCTIONS
**(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura Cali for the Pura Cali Sub-Class)**

150.    Answering Paragraph 150 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

151.    As Paragraph 151 constitutes legal argument or contains legal conclusions, no

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                    - 23 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1   response is required or appropriate.  To the extent that any allegation in Paragraph 151 is intended

2   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 151.

3   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

4   or deny the remaining allegations, if any, of Paragraph 151 and on that basis denies said

5   allegations.

6          152.    As Paragraph 152 constitutes legal argument or contains legal conclusions, no

7   response is required or appropriate.  To the extent that any allegation in Paragraph 152 is intended

8   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 152.

9   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

10  or deny the remaining allegations, if any, of Paragraph 152 and on that basis denies said

11  allegations.

12         153.    As Paragraph 153 constitutes legal argument or contains legal conclusions, no

13  response is required or appropriate.  To the extent that any allegation in Paragraph 153 is intended

14  to assert facts, Defendant denies said allegations.

15         154.    As Paragraph 154 constitutes legal argument or contains legal conclusions, no

16  response is required or appropriate.  To the extent that any allegation in Paragraph 154 is intended

17  to assert facts, Defendant denies said allegations.

18         155.    As Paragraph 155 constitutes legal argument or contains legal conclusions, no

19  response is required or appropriate.  To the extent that any allegation in Paragraph 155 is intended

20  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 155.

21  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

22  or deny the remaining allegations, if any, of Paragraph 155 and on that basis denies said

23  allegations.

24         156.    As Paragraph 156 constitutes legal argument or contains legal conclusions, no

25  response is required or appropriate.  To the extent that any allegation in Paragraph 156 is intended

26  to assert facts, Defendant denies said allegations.

27

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                    - 24 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT V**
**VIOLATION OF CALIFORNIA LABOR CODE §§ 226.7 and 512**
**FAILURE TO PROVIDE MEAL AND REST BREAKS**
**(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura**
**Cali for the Pura Cali Sub-Class)**

157.    Answering Paragraph 157 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

158.    As Paragraph 158 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 158 is intended to assert facts, Defendant denies said allegations.

159.    As Paragraph 159 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 159 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 159. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 159 and on that basis denies said allegations.

160.    As Paragraph 160 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 160 is intended to assert facts, Defendant denies said allegations.

161.    As Paragraph 161 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 161 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 161. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 161 and on that basis denies said allegations.

162.    As Paragraph 162 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 162 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 162. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 25 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1  or deny the remaining allegations, if any, of Paragraph 162 and on that basis denies said

2  allegations.

3      163.    As Paragraph 163 constitutes legal argument or contains legal conclusions, no

4  response is required or appropriate.  To the extent that any allegation in Paragraph 163 is intended

5  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 163.

6  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

7  or deny the remaining allegations, if any, of Paragraph 163 and on that basis denies said

8  allegations.

9      164.    As Paragraph 164 constitutes legal argument or contains legal conclusions, no

10  response is required or appropriate.  To the extent that any allegation in Paragraph 164 is intended

11  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 164.

12  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

13  or deny the remaining allegations, if any, of Paragraph 164 and on that basis denies said

14  allegations.

15      165.    As Paragraph 165 constitutes legal argument or contains legal conclusions, no

16  response is required or appropriate.  To the extent that any allegation in Paragraph 165 is intended

17  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 165.

18  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

19  or deny the remaining allegations, if any, of Paragraph 165 and on that basis denies said

20  allegations.

21      166.    As Paragraph 166 constitutes legal argument or contains legal conclusions, no

22  response is required or appropriate.  To the extent that any allegation in Paragraph 166 is intended

23  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 166.

24  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

25  or deny the remaining allegations, if any, of Paragraph 166 and on that basis denies said

26  allegations.

27

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 26 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COUNT VI**

**VIOLATION OF CALIFORNIA LABOR CODE § 226 and 1174**
**FAILURE TO PROVIDE ACCURATE WAGE STATEMENTS**
**(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura**
**Cali for the Pura Cali Sub-Class)**

167.    Answering Paragraph 167 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

168.    As Paragraph 168 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 168 is intended to assert facts, Defendant denies said allegations.

169.    As Paragraph 169 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 169 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 169. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 169 and on that basis denies said allegations.

170.    As Paragraph 170 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 170 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 170. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 170 and on that basis denies said allegations.

171.    As Paragraph 171 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 171 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 171. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 171 and on that basis denies said allegations.

172.    As Paragraph 172 constitutes legal argument or contains legal conclusions, no

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 27 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    response is required or appropriate.  To the extent that any allegation in Paragraph 172 is intended

2    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 172.

3    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

4    or deny the remaining allegations, if any, of Paragraph 172 and on that basis denies said

5    allegations.

6    <div align="center">

**COUNT VII**
**VIOLATION OF CALIFORNIA LABOR CODE § 2802**
**FAILURE TO INDEMNIFY EMPLOYEES' EXPENSES AND LOSSES**
**(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura Cali for the Pura Cali Sub-Class)**
</div>

9    173.    Answering Paragraph 173 of Plaintiffs' FAC, Defendant incorporates all preceding

10   paragraphs as if fully restated herein.

11   174.    As Paragraph 174 constitutes legal argument or contains legal conclusions, no

12   response is required or appropriate.  To the extent that any allegation in Paragraph 174 is intended

13   to assert facts, Defendant denies said allegations.

14   175.    As Paragraph 175 constitutes legal argument or contains legal conclusions, no

15   response is required or appropriate.  To the extent that any allegation in Paragraph 175 is intended

16   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 175.

17   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

18   or deny the remaining allegations, if any, of Paragraph 175 and on that basis denies said

19   allegations.

20   176.    As Paragraph 176 constitutes legal argument or contains legal conclusions, no

21   response is required or appropriate.  To the extent that any allegation in Paragraph 176 is intended

22   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 176.

23   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

24   or deny the remaining allegations, if any, of Paragraph 176 and on that basis denies said

25   allegations.

26   177.    As Paragraph 177 constitutes legal argument or contains legal conclusions, no

27   response is required or appropriate.  To the extent that any allegation in Paragraph 177 is intended

28

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}          - 28 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 177. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 177 and on that basis denies said allegations.

178.    As Paragraph 178 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 178 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 178. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 178 and on that basis denies said allegations.

## COUNT VIII
## VIOLATION OF CALIFORNIA LABOR CODE §§ 201, 202, 203
## FAILURE TO PAY WAGES WHEN DUE
### (Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura Cali for the Pura Cali Sub-Class)

179.    Answering Paragraph 179 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

180.    As Paragraph 180 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 180 is intended to assert facts, Defendant denies said allegations.

181.    As Paragraph 181 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 181 is intended to assert facts, Defendant denies said allegations.

182.    As Paragraph 182 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 182 is intended to assert facts, Defendant denies said allegations.

183.    As Paragraph 183 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 183 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 183.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                 - 29 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

2    or deny the remaining allegations, if any, of Paragraph 183 and on that basis denies said

3    allegations.

4        184.    As Paragraph 184 constitutes legal argument or contains legal conclusions, no

5    response is required or appropriate.  To the extent that any allegation in Paragraph 184 is intended

6    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 184.

7    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

8    or deny the remaining allegations, if any, of Paragraph 184 and on that basis denies said

9    allegations.

10       185.    As Paragraph 185 constitutes legal argument or contains legal conclusions, no

11   response is required or appropriate.  To the extent that any allegation in Paragraph 185 is intended

12   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 185.

13   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

14   or deny the remaining allegations, if any, of Paragraph 185 and on that basis denies said

15   allegations.

16                                **COUNT IX**

17            **VIOLATION OF BUSINESS AND PROFESSIONS CODE, § 17200, *et seq*.**

18   **(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura
     Cali for the Pura Cali Sub-Class)**

19       186.    Answering Paragraph 186 of Plaintiffs' FAC, Defendant incorporates all preceding

20   paragraphs as if fully restated herein.

21       187.    As Paragraph 187 constitutes legal argument or contains legal conclusions, no

22   response is required or appropriate.  To the extent that any allegation in Paragraph 187 is intended

23   to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 187.

24   Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

25   or deny the remaining allegations, if any, of Paragraph 187 and on that basis denies said

26   allegations.

27       188.    As Paragraph 188 constitutes legal argument or contains legal conclusions, no

28

FENTON & KELLER
ATTORNEYS AT LAW
Monterey

{BJL-00969132;1}                    - 30 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    response is required or appropriate.  To the extent that any allegation in Paragraph 188 is intended

2    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 188.

3    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

4    or deny the remaining allegations, if any, of Paragraph 188 and on that basis denies said

5    allegations.

6         189.    As Paragraph 189 constitutes legal argument or contains legal conclusions, no

7    response is required or appropriate.  To the extent that any allegation in Paragraph 189 is intended

8    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 189.

9    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

10    or deny the remaining allegations, if any, of Paragraph 189 and on that basis denies said

11    allegations.

12         190.    As Paragraph 190 constitutes legal argument or contains legal conclusions, no

13    response is required or appropriate.  To the extent that any allegation in Paragraph 190 is intended

14    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 190.

15    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

16    or deny the remaining allegations, if any, of Paragraph 190 and on that basis denies said

17    allegations.

18         191.    As Paragraph 191 constitutes legal argument or contains legal conclusions, no

19    response is required or appropriate.  To the extent that any allegation in Paragraph 191 is intended

20    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 191.

21    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

22    or deny the remaining allegations, if any, of Paragraph 191 and on that basis denies said

23    allegations.

24         192.    As Paragraph 192 constitutes legal argument or contains legal conclusions, no

25    response is required or appropriate.  To the extent that any allegation in Paragraph 192 is intended

26    to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 192.

27    Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

28    or deny the remaining allegations, if any, of Paragraph 192 and on that basis denies said

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 31 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

allegations.

193.   As Paragraph 193 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 193 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 193. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 193 and on that basis denies said allegations.

<div align="center">

**COUNT IX**
**PRIVATE ATTORNEYS GENERAL ACT ("PAGA")**
**VIOLATION OF CALIFORNIA LABOR CODE § 2698, *et seq.***
**(Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura Cali for the Pura Cali Sub-Class)**

</div>

194.   Answering Paragraph 194 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

195.   As Paragraph 195 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 195 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 195. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 195 and on that basis denies said allegations.

196.   As Paragraph 196 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 196 is intended to assert facts, Defendant denies said allegations.

197.   As Paragraph 197 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 197 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 197. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 197 and on that basis denies said allegations.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                           - 32 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

198.     As Paragraph 198 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 198 is intended to assert facts, Defendant denies said allegations.

199.     As Paragraph 199 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 199 is intended to assert facts, Defendant denies said allegations.

200.     As Paragraph 200 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 200 is intended to assert facts, Defendant denies said allegations.

## <u>COUNT X</u>

### <u>BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING</u>
### (<u>Against Defendant Loud Buddha for the Class; and Defendant Loud Buddha and Pura Cali for the Pura Cali Sub-Class</u>)

201.     Answering Paragraph 201 of Plaintiffs' FAC, Defendant incorporates all preceding paragraphs as if fully restated herein.

202.     As Paragraph 202 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 202 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 202. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 202 and on that basis denies said allegations.

203.     As Paragraph 203 constitutes legal argument or contains legal conclusions, no response is required or appropriate.  To the extent that any allegation in Paragraph 203 is intended to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 203. Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit or deny the remaining allegations, if any, of Paragraph 203 and on that basis denies said allegations.

204.     As Paragraph 204 constitutes legal argument or contains legal conclusions, no

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}

- 33 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1  response is required or appropriate.  To the extent that any allegation in Paragraph 204 is intended

2  to assert facts, Defendant denies said allegations.  Answering further, Defendant lacks sufficient

3  knowledge or information to form a belief to admit or deny the remaining allegations, if any, of

4  Paragraph 204 and on that basis denies said allegations.

5  205.   As Paragraph 205 constitutes legal argument or contains legal conclusions, no

6  response is required or appropriate.  To the extent that any allegation in Paragraph 205 is intended

7  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 205.

8  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

9  or deny the remaining allegations, if any, of Paragraph 205 and on that basis denies said

10  allegations.

11  206.   As Paragraph 206 constitutes legal argument or contains legal conclusions, no

12  response is required or appropriate.  To the extent that any allegation in Paragraph 206 is intended

13  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 206.

14  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

15  or deny the remaining allegations, if any, of Paragraph 206 and on that basis denies said

16  allegations.

17  207.   As Paragraph 207 constitutes legal argument or contains legal conclusions, no

18  response is required or appropriate.  To the extent that any allegation in Paragraph 207 is intended

19  to assert facts directed toward Defendant, Defendant denies the allegations in Paragraph 207.

20  Answering further, Defendant lacks sufficient knowledge or information to form a belief to admit

21  or deny the remaining allegations, if any, of Paragraph 207 and on that basis denies said

22  allegations.

23  **PRAYER FOR RELIEF**

24  Defendant denies that Plaintiffs are entitled to any of the relief requested in the

25  unnumbered "WHEREFORE" clause following Paragraph 191, including subparts (i) through (t).

26  **JURY DEMAND**

27  To the extent a responsive pleading is required for this unnumbered paragraph, Defendant

28  denies that Plaintiff is entitled to a jury trial.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                        - 34 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1

**AFFIRMATIVE DEFENSES**

2          In further answer to Plaintiffs' FAC, Defendant states the following affirmative and other

3    defenses:

4

**FIRST AFFIRMATIVE DEFENSE**

5          As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

6    therein, Defendant allege that Plaintiffs' FAC fails to state facts sufficient to constitute a cause of

7    action against Defendant.

8

**SECOND AFFIRMATIVE DEFENSE**

9          As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

10   therein, Defendant alleges that Plaintiffs consented to all conduct of which Plaintiffs complain

11   and which is attributed to Defendant (which allegation is made for the purposes of this pleading

12   and shall not constitute an admission) by way of an explicit mutual wage agreement.

13

**THIRD AFFIRMATIVE DEFENSE**

14         As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

15   therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the doctrines

16   of acquiescence, estoppel, and laches.

17

**FOURTH AFFIRMATIVE DEFENSE**

18         As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

19   therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the doctrine of

20   waiver.

21

**FIFTH AFFIRMATIVE DEFENSE**

22         As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

23   therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the doctrine of

24   unclean hands.

25

**SIXTH AFFIRMATIVE DEFENSE**

26         As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

27   therein, Defendant alleges that Plaintiffs have failed, refused and/or neglected to mitigate or avoid

28   the damages complained of in Plaintiffs' FAC.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

**SEVENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that any and all conduct of which Plaintiffs complains and which is attributed to Defendant (which allegation is made for the purposes of this pleading and shall not constitute an admission) was a just and proper exercise of management discretion and was taken for fair and honest reasons and regulated by good faith under the circumstances then existing.

**EIGHTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that the claims and causes of action contained in Plaintiffs' FAC are barred by the applicable statutes of limitation, including, but not limited to, Labor Code sections 201-203; California Code of Civil Procedure sections 337, 338, 339, 340, and 343, and California Business and Professions Code section 17208.

**NINTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs have not suffered any losses and Defendant have not been unjustly enriched as a result of any action or inaction, if any, by Defendant or their agents.

**TENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of unjust enrichment.

**ELEVENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that the request for restitution, declaratory relief, and/or injunctive relief is barred with respect to any and all alleged violations of California Business and Professions Code section 17200, et seq. that have discontinued, ceased, and are not likely to recur.

**TWELFTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and Plaintiffs' cause of action for alleged unfair business practices, Defendant alleges that its actions and conduct (which

1    allegation is made for the purposes of this pleading and shall not constitute an admission) were

2    fair, justified and taken due to business necessity.

3                              **THIRTEENTH AFFIRMATIVE DEFENSE**

4          As a separate and distinct affirmative defense to Plaintiffs' FAC, and Plaintiffs' cause of

5    action for alleged unfair business practices, Defendant alleges that their actions and conduct

6    (which allegation is made for the purposes of this pleading and shall not constitute an admission)

7    Defendant alleges that its business actions or practices were not unfair, unlawful, fraudulent or

8    deceptive within the meaning of California Business and Professions Code section 17200, et seq.

9                             **FOURTEENTH AFFIRMATIVE DEFENSE**

10         As a separate and distinct affirmative defense to Plaintiffs' FAC, and Plaintiffs' cause of

11   action for alleged unfair business practices, Defendant alleges that Plaintiffs, as a private litigant,

12   have no cause of action for damages under California Business and Professions Code section

13   17203.

14                              **FIFTEENTH AFFIRMATIVE DEFENSE**

15         As a separate and distinct affirmative defense to Plaintiffs' FAC, and Plaintiffs' cause of

16   action for alleged unfair business practices, Defendant alleges that this suit may not be properly

17   maintained as a representative action because, among other reasons: (1) Plaintiffs cannot establish

18   the necessary procedural elements for treatment as a representative action; (2) a representative

19   action is not an appropriate method for the fair and efficient adjudication of the claims described

20   in Plaintiffs' FAC; (3) common issues of fact or law do not predominate; to the contrary,

21   individual issues predominate; (4) Plaintiffs' claims are not representative or typical of the claims

22   of the putative class, the existence of which Defendant expressly deny.

23                              **SIXTEENTH AFFIRMATIVE DEFENSE**

24         As a separate and distinct affirmative defense to Plaintiffs' FAC, Defendant alleges that

25   Plaintiffs' claims for unpaid wages are barred on ground that Defendant had no actual or

26   constructive knowledge that Plaintiffs worked hours for which they were not compensated, if any,

27   as alleged in Plaintiffs' FAC.

28

Fenton & Keller
Attorneys At Law
Monterey

{BJL-00969132;1}                                    - 37 -
DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1

### SEVENTEENTH AFFIRMATIVE DEFENSE

2      As a separate and distinct affirmative defense to Plaintiffs' FAC, Defendant alleges that

3 any failure to pay any wages due, and/or failure to pay such wages by a certain time, was based

4 on a good faith belief and/or dispute that no additional wages were owed and no penalties or

5 liquidated damages are appropriate under any Labor Code or other statutory or regulatory

6 provision.

7

### EIGHTEENTH AFFIRMATIVE DEFENSE

8      As a separate and distinct affirmative defense to Plaintiffs' FAC, Defendant alleges that

9 Plaintiffs' FAC is barred, in whole or in part, because at all times relevant to Plaintiffs' FAC,

10 Defendant did not willfully fail to comply with applicable provisions of the Labor Code or wage

11 order(s), but rather acted in the good-faith belief that Defendant' acts or omissions, if any, were

12 lawful.

13

### NINETEENTH AFFIRMATIVE DEFENSE

14     As a separate and distinct affirmative defense to Plaintiffs' FAC, Defendant alleges that

15 Plaintiffs' FAC fails to state a claim for penalties, including but not limited to those pursuant to

16 California Labor Code, including but not limited to sections 203, 226.7, 512 and 1194, a Wage

17 Order of the Industrial Welfare Commission or of the Fair Labor Standards Act because at all

18 times relevant to Plaintiffs' FAC, Defendant did not willfully fail to comply with the

19 compensation provisions of the California Labor Code and/or the applicable wage orders(s), but

20 rather acted in good faith and had reasonable grounds for believing that they did not violate the

21 applicable law.

22

### TWENTIETH AFFIRMATIVE DEFENSE

23     As a separate and distinct affirmative defense to Plaintiffs' FAC, Defendant alleges that

24 Plaintiffs' FAC fails to state a claim for penalties, including but not limited to those pursuant to

25 California Labor Code sections 203, 226.7, 512 and 1194, in that there is a good-faith dispute as

26 to Defendant' obligation to pay any wages that may be found to be due.

27

### TWENTY-FIRST AFFIRMATIVE DEFENSE

28     As a separate and distinct affirmative defense to Plaintiffs' FAC, Defendant alleges that

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                          - 38 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1    Plaintiffs' claims are barred, in whole or in part, by exemptions under the applicable California

2    Wage Order, if any.

3                        **TWENTY-SECOND AFFIRMATIVE DEFENSE**

4            As a separate and distinct affirmative defense to Plaintiffs' FAC and each cause of action

5    therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, because Plaintiffs

6    have failed to exhaust available administrative remedies as required by law.

7                        **TWENTY-THIRD AFFIRMATIVE DEFENSE**

8            As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

9    therein, Defendant alleges that, based on information and belief, Plaintiffs' claims are barred by

10   negligent misrepresentations made by Plaintiffs, putative class members, and/or agents or

11   representatives of Plaintiffs and putative class members.

12                       **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

13           As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

14   therein, Defendant alleges that their purported obligations, if any, as alleged in the FAC, were

15   fully performed.

16                       **TWENTY-FIFTH AFFIRMATIVE DEFENSE**

17           As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

18   therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, because the

19   actions and/or inactions of Plaintiffs, the putative class members, and/or their respective agents,

20   unreasonably prevented or substantially hindered Defendant' ability to perform its alleged

21   obligations that form the basis for all causes of action in the FAC.

22                       **TWENTY-SIXTH AFFIRMATIVE DEFENSE**

23           As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

24   therein, Defendant alleges that Plaintiffs lack standing to bring their claims as to all or a portion

25   of the claims alleged in the FAC.

26                       **TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

27           As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

28   therein, Defendant alleges that this suit may not be properly maintained as a class action and that

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                              - 39 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

Plaintiffs have failed to identify a proper class because: (1) Plaintiffs have failed to plead, and cannot establish the necessary procedural elements for class treatment; (2) a class action is not an appropriate method for the fair and efficient adjudication of the claims described in the FAC; (3) common issues of fact or law do not predominate; to the contrary, individual issues predominate; (4) Plaintiffs' claims are not representative or typical of the claims of the putative class; (5) Plaintiffs are not proper class representatives; (6) the named Plaintiffs and alleged putative class counsel are not adequate representatives for the alleged putative class; (7) Plaintiffs cannot satisfy any of the requirements for class action treatment, and class action treatment is neither appropriate nor constitutional; (8) there is not a well-defined community of interest in the questions of law or fact affecting Plaintiffs and the members of the alleged putative class; and (9) the alleged putative class is not ascertainable, nor are its members identifiable.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that this case is not appropriate for class treatment because each claim requires detailed, fact-specific and individualized inquiries that must be decided individually.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that to the extent Plaintiffs are not adequate representatives of the interests of the class they purport to represent, the FAC's class action allegations are barred.

**THIRTIETH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant opposes class certification and dispute the propriety of class treatment. If the Court certifies a class in this case over Defendant' objections, Defendant assert the affirmative defenses set forth herein against each and every member of the certified class.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that the adjudication of the claims of the putative class through generalized class-wide proof violates Defendant' right to trial by jury guaranteed by the United

1  States and California Constitutions.

2  <u>**THIRTY-SECOND AFFIRMATIVE DEFENSE**</u>

3  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

4  therein, Defendant alleges that Plaintiffs' First Cause of Action is barred because California

5  Business and Professions Code section 17200, et seq., as stated and sought to be applied, violates

6  Defendant' rights under the United States Constitution and the California Constitution in that,

7  among other things, the statute is void for vagueness, violative of due process, an undue burden

8  upon interstate commerce, and violative of the freedom of contract.

9  <u>**THIRTY-THIRD AFFIRMATIVE DEFENSE**</u>

10  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

11  therein, Defendant alleges that the request for restitution, declaratory relief, and/or injunctive

12  relief is barred with respect to any and all alleged violations of California Business and

13  Professions code section 17200, et seq. that have been discontinued, ceased, and are not likely to

14  recur.

15  <u>**THIRTY-FOURTH AFFIRMATIVE DEFENSE**</u>

16  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

17  therein, Defendant alleges that their business actions or practices were not unfair, unlawful,

18  fraudulent or deceptive within the meaning of California Business and Professions Code section

19  17200, et seq.

20  <u>**THIRTY-FIFTH AFFIRMATIVE DEFENSE**</u>

21  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

22  therein, Defendant alleges that, with respect to each and every cause of action alleged in the FAC,

23  Plaintiffs fail to state a claim upon which an award of attorneys' fees may be granted.

24  <u>**THIRTY-SIXTH AFFIRMATIVE DEFENSE**</u>

25  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

26  therein, Defendant alleges that the FAC fails to properly state a claim for injunctive relief.

27  <u>**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**</u>

28  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

FENTON & KELLER
ATTORNEYS AT LAW
Monterey

{BJL-00969132;1}                                    - 41 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

therein, Defendant alleges that the FAC fails to properly state a claim for punitive damages for Plaintiffs.

### THIRTY-EIGHTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs are not entitled to equitable relief, including any injunctive and restitution remedies, insofar as they have adequate remedies at law.

### THIRTY-NINTH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that to the extent any arbitration provision/agreement exists in any agreement between the parties, by answering Plaintiffs' FAC, Defendant is not waiving its right to proceed with and/or compel arbitration in the future.

### FORTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that certain of the interests of the proposed class members are in conflict with the interests of other proposed class members that Plaintiffs purport to represent.

### FORTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that the claims alleged in the FAC cannot be fairly and efficiently adjudicated on a class-wide basis.

### FORTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs are not entitled to a trial by jury of certain of their claims, including their unfair competition cause of action under California Business and Professions Code §§ 17200, et seq.

### FORTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that to the extent that Plaintiffs or any putative class member entered into any individual settlement agreements with Defendant, any such individual has released some

FENTON & KELLER
ATTORNEYS AT LAW
Monterey

{BJL-00969132;1}                                   - 42 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1  or all of the claims alleged in the FAC.

2  ### FORTY-FOURTH AFFIRMATIVE DEFENSE

3  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

4  therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the principles

5  of accord and satisfaction, and payment.

6  ### FORTY-FIFTH AFFIRMATIVE DEFENSE

7  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

8  therein, Defendant alleges, on information and belief, that Plaintiffs are not proper third party

9  beneficiaries entitled to benefit pursuant to any contract or contractual, quasi-contractual, or

10  implied obligation or duty or agreement these answering Defendant may have with any other

11  party, as alleged in the FAC.

12  ### FORTY-SIXTH AFFIRMATIVE DEFENSE

13  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

14  therein, Defendant alleges that the claims of Plaintiffs are exempted, in whole or in part, by

15  applicable safe harbor provisions.

16  ### FORTY-SEVENTH AFFIRMATIVE DEFENSE

17  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

18  therein, Defendant alleges that Defendant are not liable for any acts or omissions undertaken by

19  or at the direction of local, state, or federal authority, including, without limitation, acts or

20  omissions made in accordance with regulations, ordinances, statutes, and laws applicable at the

21  time of the acts or omissions at issue.

22  ### FORTY-EIGHTH AFFIRMATIVE DEFENSE

23  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

24  therein, Defendant alleges that each purported cause of action in the FAC, or some of the causes

25  of action, are barred, or recovery should be reduced, pursuant to the doctrine of avoidable

26  consequences.

27  ### FORTY-NINTH AFFIRMATIVE DEFENSE

28  As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                  - 43 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the doctrine of res judicata.

### FIFTIETH AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that if Plaintiffs sustained any loss, damages, injury, or detriment, the loss, damages, injury, or detriment was caused by an independent, superseding cause unrelated to the acts, omissions, and/or conduct alleged in the FAC.

### FIFTY-FIRST AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs' claims are barred because Defendant' conduct (which allegation is made for the purposes of this pleading and shall not constitute an admission), as alleged in the FAC, if any, was due to clerical error or inadvertent mistake.

### FIFTY-SECOND AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Defendant are entitled to offset any and all recovery with any and all amounts that may lawfully be deducted for any reason from any amount awarded to Plaintiffs.

### FIFTY-THIRD AFFIRMATIVE DEFENSE

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that assuming, arguendo, a court finds that Defendant failed to comply with any provision of the California Labor Code (which allegation is made for the purpose of this pleading and shall not constitute an admission), Defendant substantially complied with the Labor Code, thus rendering an award of civil penalties inappropriate under the circumstances, including civil penalties under the Private Attorneys' General Act ("PAGA"). For the same reason, should the Court find a violation of the Labor Code occurred, and such violation gives rise to potential penalties under the PAGA, the Court must exercise its discretion and significantly reduce or eliminate any potential penalties owed by Defendant due to Defendant's good faith efforts to comply with the Labor Code and/or substantial compliance with the Labor Code.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}

- 44 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.: 19-cv-07665-RS

**FIFTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs claim for penalties under PAGA is barred because Plaintiffs failed to timely and completely exhaust the requisite administrative remedies available to Plaintiffs prior to commencing this action.

**FIFTY-FIFTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs claim for penalties under PAGA is barred to the extent it seeks to recover penalties on behalf of individuals who are not "aggrieved employees."

**FIFTY-SIXTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs claim for penalties under PAGA is barred, in whole or in part, because the penalties sought are not commensurate with the harm suffered, are unjust, oppressive, or confiscatory, and violate the due process and excessive penalty protections provided by the California and federal constitutions.

**FIFTY-SEVENTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs PAGA claim is barred to the extent Plaintiffs seek penalties beyond the "initial" violation as defined in California Labor Code § 2699(f)(2).

**FIFTY-EIGHTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs are not entitled to recovery of PAGA penalties to the extent that such penalties are sought in addition to penalties for the same claims, which would result in duplicative recovery, which constitutes unjust enrichment.

**FIFTY-NINTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC, and each cause of action therein, Defendant alleges that Plaintiffs are not entitled to recovery of PAGA penalties for statutory violations that do not apply to them.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 45 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

**SIXTIETH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC and each cause of action therein, Defendant alleges that Plaintiffs' claims are barred, in whole or in part, by the doctrine of election of remedies.

**SIXTY-FIRST AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC and each cause of action therein, Defendant alleges that upon likely evidentiary support after a reasonable opportunity for further investigation and discovery, if at, or about, the time and place referenced in Plaintiffs' FAC, Plaintiffs were caused to suffer any injury or damage, which Defendant denies, any such injuries or damages were proximately and legally caused and contributed to by the negligence and fault of Plaintiffs, and said negligence and fault of Plaintiffs reduces, pro rata, any recovery otherwise available to Plaintiffs.

**SIXTY-SECOND AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC and each cause of action therein, Defendant alleges that the occurrence, injury, and damages, if any, alleged in Plaintiffs' FAC were caused or contributed to by the negligence or fault of other persons whose identities are presently unknown, and therefore any recovery by Plaintiffs against Defendant should be no greater than Defendant' allocable share.

**SIXTY-THIRD AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC and each cause of action therein, Defendant alleges that the acts, or omissions to act, of Defendant, and/or its agents, servants or employees (which allegation is made for the purposes of this pleading and shall not constitute an admission), were not a substantial cause in bringing about Plaintiffs' alleged injuries and damages, if any there were, and were not a substantial cause of any alleged injuries or damages set forth by Plaintiffs.

**SIXTY-FOURTH AFFIRMATIVE DEFENSE**

As a separate and distinct affirmative defense to Plaintiffs' FAC and each cause of action therein, Defendant alleges that Plaintiffs failed to report or complain about the acts alleged in

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}                                    - 46 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.: 19-cv-07665-RS

1   Plaintiffs' FAC.

2   **RESERVATION OF RIGHTS TO ALLEGE OTHER AFFIRMATIVE DEFENSES**

3       Defendant currently has insufficient knowledge or information on which to form a belief

4   as to whether it may have additional, as yet unstated, defenses available. Defendant reserves the

5   right to assert additional affirmative defenses or other defenses, with regard to some or all of

6   Plaintiffs' claims that are supported by information or facts obtained through discovery or other

7   means during this case. Defendant expressly reserves the right to amend his Answer to assert such

8   additional affirmative defenses in the future.

9   **DEMAND FOR JURY TRIAL**

10      Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant LOUD

11  BUDDHA, LLC hereby demands a trial by jury on all claims, causes of action or issues in this

12  action that are triable as a matter of right to a jury.

13  **PRAYER**

14      WHEREFORE, Defendant prays for judgment as follows:

15      1.    That Plaintiffs are granted no relief in this action;

16      2.    That Defendant recovers judgment in his favor and his costs of suit incurred herein;

17  and

18      3.    For such other and further relief as the Court may deem just and proper.

19  Dated:  June 18, 2020          FENTON & KELLER, P.C.

20

21                      By:          /s/

22                           Christopher E. Panetta

23                           Elizabeth R. Leitzinger
                         Attorneys for Defendant LOUD BUDDHA

24

25

26

27

28

FENTON & KELLER
ATTORNEYS AT LAW
Monterey

{BJL-00969132;1}          - 47 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

*/s/ Elizabeth R. Leitzinger*
Elizabeth R. Leitzinger

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{BJL-00969132;1}

- 48 -

DEFENDANT LOUD BUDDHA, LLC'S ANSWER TO PLAINTIFFS' FIRST AMENDED
COLLECTIVE AND CLASS FAC AND JURY DEMAND / CASE NO.:  19-cv-07665-RS