1 | Trenton R. Kashima, Esq. (SBN 291405)
Kevin J. Stoops, Esq. (*pro hac vice*)
2 | SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
3 | San Diego, California 92101
Telephone: (619) 762-2125
4 | Facsimile: (619) 762-2127
Email:  tkashima@sommerspc.com
5 | Email:  tkashima@sommerspc.com

6 | Jesse L. Young, Esq. (*pro hac vice*)
KREIS ENDERLE, P.C.
7 | 8225 Moorsbridge
P.O. Box 4010
8 | Kalamazoo, Michigan 49003-4010
Telephone: (269) 324-3000
9 | Facsimile: (269) 324-3010
Email:  jyoung@kehb.com

Attorneys for Plaintiffs and Proposed Class and
Collective Members

CHRISTOPHER E. PANETTA, Esq.(SBN 175127)
ELIZABETH R. LEITZINGER, Esq. (SBN 259677)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California  93942-0791
Telephone:       (831) 373-1241
Facsimile:        (831) 373-7219
Email:  CPanetta@FentonKeller.com
Email:  ELeitzinger@FentonKeller.com

Attorneys for Defendant
LOUD BUDDHA, LLC

JESSICA L. LINEHAN, Esq. (SBN 223569)
ERICA H. CHEN, Esq. (SBN 312806)
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone: (714) 800-1400
Facsimile: (714) 800-1499
Email:  linehan.jessica@dorsey.com
Email:  chen.erica@dorsey.com

Attorneys for Defendant
PURA CALI MANAGEMENT CORP.

/ / /

/ / /

/ / /

{ERL-01051017;1}

STIPULATION FOR DISMISSAL / CASE NO..:  19-CV-07665-RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY DENNING and NATALIA COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOUD BUDDHA, LLC, PURA CALI MANAGEMENT CORP., and DOES 1-50,<br><br>Defendants. | CASE NO.: 19-cv-07665-RS<br><br>**STIPULATION OF DISMISSAL**<br><br>Date of Filing:    November 21, 2019<br><br>Trial Date:         None Set |

Defendants Loud Buddha, LLC and Pura Cali, LLC ("Defendants"), and Plaintiffs Casey Denning and Natalia Cole ("Plaintiffs") (collectively, the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation regarding the dismissal with prejudice of Plaintiffs' individual claims, and dismissal without prejudice of Plaintiffs' putative class and collective claims alleged in the complaint on file in this matter.

The Parties and their counsel stipulate as follows:

1. This action was initiated on November 1, 2019 in which Plaintiffs alleged claims for failure to pay minimum wage, failure to pay overtime, unlawful deductions from wages, failure to provide meal periods, failure to provide rest breaks, failure to provide accurate wage statements, failure to reimburse expenses, failure to pay wages when due, unfair business practices, violation of Labor Code section 2699 (PAGA), and violation of the Fair Labor Standards Act, on behalf of Plaintiffs individually and in their capacity as aggrieved employees on behalf of themselves and other current or former employees of Defendants, as well as a putative class consisting of current and former employees of Defendants.

2. No class or collective group has been certified in this action.

3. There are no other parties to this case, and no determination has been made as to whether this is a viable class or collective action.

1      4.   After conducting informal discovery, the Parties engaged in arm's length settlement discussions, following which the Parties proposed and ultimately reached an agreement on consideration for settlement of Plaintiffs' individual claims. Plaintiffs thus wish to accept such terms, cease all direct or indirect participation in this or any other action against Defendants and release Defendants from the claims specified in the settlement agreement, whether brought by Plaintiffs directly or by anyone on Plaintiffs' behalf.

       5.   All Parties stipulate to the dismissal of Plaintiffs' entire complaint, including all of Plaintiffs' individual, representative, class, and collective claims. All Parties stipulate that the dismissal of Plaintiffs' individual claims released in the parties' settlement agreement shall be with prejudice.

Dated: October 29, 2020          SOMMERS SCHWARTZ, P.C.

                                 By:      /s/ Trenton R. Kashima
                                     Trenton R. Kashima, Esq.
                                     Attorneys for Plaintiffs CASE DENNING
                                     and NATALIA COLE

Dated: October 29, 2020          KREIS ENDERLE, P.C.

                                 By:      /s/ Jesse L. Young
                                     Jesse L. Young, Esq.
                                     Attorneys for Plaintiffs CASE DENNING
                                     and NATALIA COLE

Dated: October 29, 2020          DORSEY & WHITNEY LLP

                                 By:      /s/ Jessica Linehan
                                     Jessica Linehan, Esq.
                                     Attorneys for Defendant PURA CALI, LLC

{ERL-01051017;1}                    - 3 -
9787-4839.1

Dated: October 29, 2020                              FENTON & KELLER

                                                     By:      */s/ Elizabeth R. Leitzinger*
                                                     Elizabeth R. Leitzinger, Esq.
                                                     Attorneys for Defendant LOUD BUDDHA, LLC

## ORDER

UPON GOOD CAUSE BEING SHOWN as set forth in this Stipulation of Dismissal by and between Plaintiffs CASEY DENNING and NATALIE COLE and Defendants LOUD BUDDHA, LLC and PURA CALI, LLC, the Court adopts the Stipulation as an Order of the Court.

**IT IS SO ORDERED**

Dated: _____, 2020   By:_____
                                                     Hon. Richard Seeborg
                                                     JUDGE OF THE U.S. DISTRICT COURT,
                                                     NORTHERN DISTRICT OF CALIFORNIA

{ERL-01051017;1}                              - 4 -

9787-4839.1