1  Trenton R. Kashima, Esq. (SBN 291405)
   Kevin J. Stoops, Esq. (*pro hac vice*)
2  SOMMERS SCHWARTZ, P.C.
   402 West Broadway, Suite 1760
3  San Diego, California 92101
   Telephone: (619) 762-2125
4  Facsimile: (619) 762-2127
   Email:  tkashima@sommerspc.com
5  Email:  tkashima@sommerspc.com

6  Jesse L. Young, Esq. (*pro hac vice*)
   KREIS ENDERLE, P.C.
7  8225 Moorsbridge
   P.O. Box 4010
8  Kalamazoo, Michigan 49003-4010
   Telephone: (269) 324-3000
9  Facsimile: (269) 324-3010
   Email:  jyoung@kehb.com
10
   Attorneys for Plaintiffs and Proposed Class and
11 Collective Members

12 CHRISTOPHER E. PANETTA, Esq.(SBN 175127)
   ELIZABETH R. LEITZINGER, Esq. (SBN 259677)
13 FENTON & KELLER
   A Professional Corporation
14 2801 Monterey-Salinas Highway
   Post Office Box 791
15 Monterey, California  93942-0791
   Telephone:      (831) 373-1241
16 Facsimile:      (831) 373-7219
   Email:  CPanetta@FentonKeller.com
17 Email:  ELeitzinger@FentonKeller.com

18 Attorneys for Defendant
   LOUD BUDDHA, LLC
19
   JESSICA L. LINEHAN, Esq. (SBN 223569)
20 ERICA H. CHEN, Esq. (SBN 312806)
   DORSEY & WHITNEY LLP
21 600 Anton Boulevard, Suite 2000
   Costa Mesa, CA 92626
22 Telephone: (714) 800-1400
   Facsimile: (714) 800-1499
23 Email:  linehan.jessica@dorsey.com
   Email:  chen.erica@dorsey.com
24
   Attorneys for Defendant
25 PURA CALI MANAGEMENT CORP.

26 / / /

27 / / /

28 / / /
   {ERL-01051017;1}

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3

4  CASEY DENNING and NATALIA
   COLE, individually and on behalf of all          CASE NO.:  19-cv-07665-RS
5  others similarly situated,                        ORDER
                                                      **STIPULATION OF DISMISSAL**
6             Plaintiffs,

7      v.                                             Date of Filing:     November 21, 2019

8  LOUD BUDDHA, LLC, PURA CALI                       Trial Date:         None Set
   MANAGEMENT CORP., and DOES 1-
9  50,

10            Defendants.

11

12        Defendants Loud Buddha, LLC and Pura Cali, LLC ("Defendants"), and Plaintiffs Casey

    Denning and Natalia Cole ("Plaintiffs") (collectively, the "Parties"), by and through their respective
13
    undersigned counsel of record, submit the following stipulation regarding the dismissal with
14
    prejudice of Plaintiffs' individual claims, and dismissal without prejudice of Plaintiffs' putative
15
    class and collective claims alleged in the complaint on file in this matter.
16
          The Parties and their counsel stipulate as follows:
17
          1.      This action was initiated on November 1, 2019 in which Plaintiffs alleged claims
18
    for failure to pay minimum wage, failure to pay overtime, unlawful deductions from wages, failure
19
    to provide meal periods, failure to provide rest breaks, failure to provide accurate wage statements,
20
    failure to reimburse expenses, failure to pay wages when due, unfair business practices, violation
21
    of Labor Code section 2699 (PAGA), and violation of the Fair Labor Standards Act, on behalf of
22
    Plaintiffs individually and in their capacity as aggrieved employees on behalf of themselves and
23
    other current or former employees of Defendants, as well as a putative class consisting of current
24
    and former employees of Defendants.
25
          2.      No class or collective group has been certified in this action.
26
          3.      There are no other parties to this case, and no determination has been made as to
27
    whether this is a viable class or collective action.
28
    {ERL-01051017;1}                            - 2 -

    9787-4839.1

                    STIPULATION FOR DISMISSAL / CASE NO.: 19-CV-07665-RS

1    4.    After conducting informal discovery, the Parties engaged in arm's length settlement

2    discussions, following which the Parties proposed and ultimately reached an agreement on

3    consideration for settlement of Plaintiffs' individual claims.  Plaintiffs thus wish to accept such

4    terms, cease all direct or indirect participation in this or any other action against Defendants and

5    release Defendants from the claims specified in the settlement agreement, whether brought by

6    Plaintiffs directly or by anyone on Plaintiffs' behalf.

7    5.    All Parties stipulate to the dismissal of Plaintiffs' entire complaint, including all of

8    Plaintiffs' individual, representative, class, and collective claims.  All Parties stipulate that the

9    dismissal of Plaintiffs' individual claims released in the parties' settlement agreement shall be with

10   prejudice.

11

12   Dated: October 29, 2020                SOMMERS SCHWARTZ, P.C.

13

14                                          By:_____/s/ Trenton R. Kashima_____
                                            Trenton R. Kashima, Esq.
15                                          Attorneys for Plaintiffs CASE DENNING
                                            and NATALIA COLE
16

17   Dated: October 29, 2020                KREIS ENDERLE, P.C.

18

19                                          By:_____/s/ Jesse L. Young_____
                                            Jesse L. Young, Esq.
20                                          Attorneys for Plaintiffs CASE DENNING
                                            and NATALIA COLE
21

22   Dated: October 29, 2020                DORSEY & WHITNEY LLP

23

24                                          By:_____/s/ Jessica Linehan_____
                                            Jessica Linehan, Esq.
25                                          Attorneys for Defendant PURA CALI, LLC

26

27

28   {ERL-01051017;1}                       - 3 -
     9787-4839.1
     _____
     STIPULATION FOR DISMISSAL / CASE NO.: 19-CV-07665-RS

1  Dated: October 29, 2020                        FENTON & KELLER

2

3                                          By:_____/s/ Elizabeth R. Leitzinger_____
                                               Elizabeth R. Leitzinger, Esq.
4                                              Attorneys for Defendant LOUD BUDDHA,
                                               LLC
5

6

7

8                                        **ORDER**

9        UPON GOOD CAUSE BEING SHOWN as set forth in this Stipulation of Dismissal by

10  and between Plaintiffs CASEY DENNING and NATALIE COLE and Defendants LOUD

11  BUDDHA, LLC and PURA CALI, LLC, the Court adopts the Stipulation as an Order of the Court.

12       **IT IS SO ORDERED**

13

14  Dated: _October 30_____, 2020   By:_____
                                               Hon. Richard Seeborg
15                                             JUDGE OF THE U.S. DISTRICT COURT,
                                               NORTHERN DISTRICT OF CALIFORNIA
16

17

18

19

20

21

22

23

24

25

26

27

28    {ERL-01051017;1}                        - 4 -
      9787-4839.1
      _____
                  STIPULATION FOR DISMISSAL / CASE NO.: 19-CV-07665-RS